James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Nadia M. Bishop (State Bar No. 182995)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572
Email: jmwood@reedsmith.com
         cdavies@reedsmith.com
         nbishop@reedsmith.com

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:     510.763.2000
Facsimile:     510.273.8832
Attorneys for Defendant
Eli Lilly and Company, a corporation

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACON, JAMES; C-06-1183 SBA | Before the Honorable Sandra Brown Armstrong |
| BARFIELD, DANTE; C-06-1048 SBA | **ORDER VACATING CASE MANAGEMENT CONFERENCE FOR 47 ZYPREXA® CASES BEFORE JUDGE SANDRA BROWN ARMSTRONG** |
| BLUMENSCHEIN, HAZEL; C-06-1038 SBA | |
| BOHONIK, BORYS; C-06-1560 SBA | Conference Date:   June 14, 2006 |
| BROWNE, DRANOEL E.; C-06-1496 SBA | Conference Time:   2:45 p.m. |
| BURKLEY, MAXINE; C-06-1197 SBA | Location:             Telephonic Appearance. |
| CAMPBELL, ROBERT; C-06-1243 SBA | |
| CARMACK, GEORGE; C-06-0893 SBA | |
| CARROLL, DAVID R.; C-06-1461 SBA | |
| CARSON, PAMELA AND SIDNEY; C-06-0973 SBA | |
| CHENGER, JOHN S. AND MARY G. CHENGER; C-06-1455 SBA | |
| COOK, DENINE; C-05-5292 SBA | |

– 1 –                                                                              DOCSOAK-9830897.1

[Proposed] Order Vacating And/Or Continuing Case Management Conference
For 47 Zyprexa® Cases Before Judge Sandra Brown Armstrong

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  COSSICK, WILLIAM; C-06-1181 SBA

2  DELOACH, MENSENIA E.; C-06-1325 SBA

3  EWELL, TORITHA D.; C-06-1694 SBA

4  FORBES, SANDRA J.; C-06-1450 SBA

5
6  FRAUSTO, KIMBERLY AND JESSE; C-06-1189 SBA

7  GINN, JERRY LEE AND JUDITH ANN
8  NADLE; C-06-0008 SBA

9  GRILLOT, PATRICIA; C-06-0974 SBA

10  GUY, MARCUS L.; C-06-1569 SBA

11  HALL BONNIE AND HOWARD J. HALL; C-
12  06-1272 SBA

13  HANSON, MANFORD; C-06-1107 SBA

14  HOFFMAN, ROSA A. AND KENNETH W.
15  JR.,; C-06-1271 SBA

16  HOLLIS, IDA L.; C-06-1452 SBA

17  JONES HAYMAN, TRACY L.; C-06-1704 SBA

18  KELLY, JAMES AND TAMMY,; C-05-5151
19  SBA

20  LAVAS, SHARON; C-06-1157 SBA

21  LEMKE, DANIEL; C-06-0977 SBA

22  LINN, LINDA R.; C-06-1338 SBA

23  LUTHY, JOHN; C-06-1030 SBA

24  MALAYECO, FERN; C-06-1173 SBA
25
26  MARTORANA, LINDA; C-06-1167 SBA

27  MEYER, JAMES AND MARTHA; C-06-1022
28  SBA

DOCSOAK-9830897.1

1
2

MURNIN, MICHAEL F. AND PATRICIA; C-06-1456 SBA

3

O'NEIL, TIMOTHY; C-05-5099 SBA

4

PORTER, E.L. AND RUTH E.; C-06-0985 SBA

5
6

SCHULTZ, GARY AND LUCINDA; C-06-1115 SBA

7

SEIGENFUSE, BETH M.; C-06-1372 SBA

8

SENSENIG, DAVID; C-06-0250 SBA

9

SEWELL, MARK; C-05-5148 SBA

10

SHOWS, PATSY; C-06-0954 SBA

11

SMILEY-HARRIS, ALBERTA; C-05-5291 SBA

12
13

TAYLOR, ANNA AND DENNIS; C-06-1059 SBA

14

TRUITT, EDWARD; C-06-1539 SBA

15

VERES, DOLORES L., et al.; C-06-1324 SBA

16
17

WELDON, FRANCES A. AND CHARLES; C-06-1378 SBA

18

YOUNG, FRANK J.; C-06-1471 SBA

19
20
21
22
23
24
25
26
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DOCSOAK-9830897.1

[Proposed] Order Vacating And/Or Continuing Case Management Conference
For 47 Zyprexa® Cases Before Judge Sandra Brown Armstrong

1    For the reasons set forth in the Joint Case Management Conference Statement concerning the

2   May 1, 2006 Conditional Transfer Order of the Judicial Panel on Multidistrict Litigation,

3    IT IS HEREBY ORDERED THAT all of the above-captioned actions are STAYED in their

4   entirety pending transfer.  All dates and deadlines established in this matter, including the June 14,

5   2006 Case Management Conference, are VACATED.

6

7    IT IS FURTHER ORDERED THAT Counsel for Eli Lilly and Company shall promptly

8   inform the Court in writing of the status of the above-captioned cases no later than ten (10) days

9   after the Panel issues any further rulings pertaining to these cases.

10

11    IT IS SO ORDERED

12

13    DATED: 6/2/06

14    _____

15                              The Honorable Sandra Brown Armstrong

16

17

18

19

20

21

22

23

24

25

26

27

28

DOCSOAK-9830897.1

[Proposed] Order Vacating And/Or Continuing Case Management Conference
For 47 Zyprexa® Cases Before Judge Sandra Brown Armstrong

REED SMITH LLP
A limited liability partnership formed in the State of Delaware